UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bardo,
     *Plaintiff,*
     *v.*

Docket No. 17-cv-1430 (JBA)

Wright,
     *Defendant.*

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.    This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by January 6, 2020.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 9th day of December 2019.