UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY BARDO | : | CIVIL NO. 3:17-cv-1430-JBA |
| v. | : | |
| DR. CARSON WRIGHT | : | DECEMBER 17, 2019 |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii) all appearing parties hereby stipulate to dismissal of this action with prejudice.

                                                   PLAINTIFF
                                                   Jeffrey Bardo

BY:    /s/ Sarah F. Russell
          Sarah F. Russell
          Quinnipiac University School of Law
          Legal Clinic
          275 Mount Carmel Avenue
          Hamden, CT 06518
          Federal Bar #ct26604
          Email: sarah.russell@quinnipiac.edu
          Tel: (203) 582-3238
          Fax: (203) 582-3237

DEFENDANT
Dr. Carson Wright

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ *Thomas J. Davis, Jr.*
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct
E-Mail:  name@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on December 17, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

 /s/ *Thomas J. Davis, Jr.*
Thomas J. Davis, Jr.
Assistant Attorney General